UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

UNITED STATES OF AMERICA,

v.

RAUL SANTANA,

Defendant.

10-CR-684 (SHS)

ORDER

---

SIDNEY H. STEIN, U.S. District Judge.

The Second Circuit having transferred Santana's 28 U.S.C. § 2255 and First Step Act of 2018 motions to this Court for further proceedings (Order, ECF No. 127), the Court HEREBY lifts the stay of proceedings instituted on June 5, 2017 (Order, ECF No. 120) and appoints the Federal Defenders to represent Santana in this matter and to file any appropriate motions on or before April 23, 2021.

Dated: New York, New York
       March 23, 2021

SO ORDERED:

*[signature]*

Sidney H. Stein, U.S.D.J.