UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------X
RAUL SANTANA,

                    *Petitioner,*

        v.

United States of America,

                    *Respondent.*
-----------------------------------------------------------X

16 Civ. 4744
(10 Cr. 684 (SHS))

ORDER

## NOTICE OF VOLUNTARY DISMISSAL

Please take notice, pursuant to Fed. R. Civ. P. 41(a)(1)(A)(i), that this action, filed under 28 U.S.C. § 2255, is hereby dismissed by Petitioner in its entirety.

Respectfully submitted,

*[signature]*
Raul Santana
*Petitioner*

*[signature]* Raul Santana #63811-054
Jason I. Ser
Assistant Federal Defender
Federal Defenders of New York, Inc.
52 Duane Street, 10th Floor
New York, New York 10007
(212) 417-8700
*Counsel for Petitioner*

Dated: New York, New York
October 20, 2021

SO ORDERED:

*[signature]*
Sidney H. Stein, U.S.D.J.