UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------x

UNITED STATES OF AMERICA,    :    10-Cr-684 (SHS)

    -against-    :

         ORDER

RAUL SANTANA,    :

    Defendant.    :

------------------------------------------------------------x

SIDNEY H. STEIN, U.S. District Judge:

    Defendant having filed a "Motion to Correct Sentence Multiplicious" [Doc. No. 134],

    IT IS HEREBY ORDERED that the government shall respond to this motion on or before January 20, 2022.

Dated: New York, New York
       January 6, 2022

SO ORDERED:

_____
Sidney H. Stein, U.S.D.J.