UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------x

UNITED STATES OF AMERICA,  :  10-Cr-684 (SHS)

        -against-  :

          ORDER

RAUL SANTANA,  :

        Defendant.  :

------------------------------------------------------------------x

SIDNEY H. STEIN, U.S. District Judge:

      On January 6, 2022, defendant pro se moved to correct his sentence as "multiplicious" pursuant to Fed. R. Crim. P. 36 [Doc. No. 134] and that day the Court directed the government to respond to the motion [Doc. No. 135]. The government responded on January 20, 2022 [Doc No. 137]. On January 26, 2022, defendant asked to withdraw that motion in order to "wait for a substantive law to go retroactive" [Doc. No. 138]. Accordingly,

      IT IS HEREBY ORDERED that defendant's motion to correct his sentence [Doc. No. 134] is withdrawn.

Dated: New York, New York
       February 2, 2022

                          SO ORDERED:

                          Sidney H. Stein, U.S.D.J.