UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------x

UNITED STATES OF AMERICA,  :  10-Cr-684 (SHS)

-against-  :

RAUL SANTANA,  :  ORDER

Defendant.  :

------------------------------------------------------------------x

SIDNEY H. STEIN, U.S. District Judge:

      Defendant having filed a motion to vacate pursuant to 28 U.S.C. 2255 [ECF Doc. No. 144],

      IT IS HEREBY ORDERED that the government shall respond to the motion on or before September 5, 2023. The Clerk of Court is directed to mail a copy of this Order to defendant, Raul Santana [63811-054], at FCI Gilmer, Federal Correctional Institution, P.O. Box 6000, Glenville, WV 26351.

Dated: New York, New York
       July 5, 2023

SO ORDERED:

_____
Sidney H. Stein, U.S.D.J.