UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------x

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | : | 10-Cr-684 (SHS) |
| -against- | : | |
| | | ORDER |
| RAUL SANTANA, | : | |
| Defendant. | : | |

------------------------------------------------------------x

SIDNEY H. STEIN, U.S. District Judge:

    IT IS HEREBY ORDERED that the CJA attorney on duty on January 21, 2025, Amanda Kramer, is appointed to represent the defendant pursuant to the Criminal Justice Act regarding his motion for compassionate release [Doc. No. 144]. The Clerk of Court is directed to mail a copy of this Order to Raul Santana [63811-054] at FCI Gilmer, Federal Correctional Institution, P.O. Box 6000, Glenville, WV 26351.

Dated: New York, New York
       January 22, 2025

SO ORDERED:

_____
Sidney H. Stein, U.S.D.J.