UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| UNITED STATES OF AMERICA<br><br>v.<br><br>RAUL SANTANA,<br>               Defendant. | 10-cr-684 (SHS)<br><br>Hon. Sidney H. Stein<br><br>**ORDER ADJOURNING<br>MOTION DEADLINES** |

- The deadline for Defendant to file a motion for compassionate release is adjourned from March 17, 2025, to on or before **April 7, 2025.**

- The deadline for the Government to file a response is adjourned from April 14, 2025, to on or before **May 5, 2025**.

DATE: March 13, 2025

SO ORDERED:

*(signature)*

Hon. Sidney H. Stein, U.S. District Judge