# COVINGTON

BEIJING  BOSTON  BRUSSELS  DUBAI  FRANKFURT
JOHANNESBURG  LONDON  LOS ANGELES  NEW YORK
PALO ALTO  SAN FRANCISCO  SEOUL  SHANGHAI  WASHINGTON

Covington & Burling LLP
The New York Times Building
620 Eighth Avenue
New York, NY 10018-1405
T  +1 212 841 1000

## MEMO ENDORSED

<u>Via ECF</u>

May 23, 2025

Hon. Sidney H. Stein
United States District Judge
Southern District of New York
500 Pearl Street
New York, New York 10007

Re: *United States v. Raul Santana*, 10 Cr. 684 (SHS)

Dear Judge Stein:

      We respectfully write as appointed counsel for Defendant Raul Santana to request an adjournment of the deadline for Defendant's reply in support of Defendant's motion for compassionate release, from May 27, 2025, to June 6, 2025. No previous requests for an adjournment or extension of the reply deadline have been made. The requested adjournment is necessary to provide defense counsel with sufficient time to confer with Mr. Santana and finalize the reply. We have conferred with Assistant U.S. Attorney Matthew King, who consents to this request.

Respectfully submitted,

/s/ Amanda Kramer
Amanda Kramer
Counsel for Defendant Raul Santana

cc: Counsel of record (via ECF)

The defendant's reply is due June 6, 2025.

Dated: New York, New York
      May 23, 2025

SO ORDERED

*/s/ Sidney H. Stein*
SIDNEY H. STEIN
U.S.D.J.